AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 27, 2023

SEAN F. McAVOY, CLERK

ROBERT JESSE HILL, )
        *Plaintiff* )
v. )  Civil Action No.  2:23-cv-05143-SAB
TODD WISE, JON COERS, AARON KERSHAW, SGT. WALKER, )
C.U.S. ANN ADAMS, SGT. PARSONS, TRACY BULL, OFFICER )
BITTERMAN, SGT. R. CURRY, ALFREDO LOMELI, STEVEN
SUNDBERG, JR., ROBERT JACKSON, II, SGT. PATRICK
MCPHERSON, OFFICER COTTOM, OFFICER SEVERSON,
OFFICER ELLIOTT, OFFICER COLTON NORDYKE, DEAN
MASON, MICHAEL DOUGLAS, DONALD HOLBROOKE, JR.,
CHERYL STRANGE, OFFICER CLARISSA RODRIGUES,
TRACY SCHNEIDER, JANET NELSON, SGT. R. CROWELL,
        *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ **recover from the defendant** *(name)* _____ **the amount of** _____ **dollars ($** _____ **), which includes prejudgment interest at the rate of** _____ **%, plus post judgment interest at the rate of** _____ **% per annum, along with costs.**

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑ **other**: Pursuant to the Order filed at ECF No. 13, this action is DISMISSED for failure to comply with the filing fee requirements of 28 U.S.C. § 1914.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Stanley A. Bastian   .


Date:  12/27/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Ruby Mendoza
        *(By) Deputy Clerk*
Ruby Mendoza